# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF                    CASE NO.: 22-12210-PDR

**PAUL O'PHELAN**
**MARIANNE E. O'PHELAN**          CHAPTER: 7

    **Debtor**

_____/

## EMERGENCY HEARING REQUEST MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 c(3)(B)

The Debtors, **PAUL O'PHELAN** and **MARIANNE E. O'PHELAN** (hereinafter referred to as "Debtors"), by and through their undersigned counsel moves this Honorable Court for entry of an order extending the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B). As grounds for this request, the Debtor states as follows:

1. On March 21, 2022, the Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code and the Debtors had one prior bankruptcy case, # 21-20112, which was dismissed within the prior year.

2. Debtor's prior case was dismissed on on November 19, 2021.

3. Due to Debtor Paul O'Phelan's health issues and lack of employment, the Debtors find themselves in a difficult financial situation and had to file for Chapter 7 bankruptcy.

4. The Debtors have filed affidavits in support of this motion. See Affidavits attached hereto as Exhibit "A".

5. The Debtors filed all their petition, schedules, but due to a misunderstanding, an error was made; and the Debtors debt counseling was not filed.

6. In addition, due to Debtor's Paul O'Phelan health issue, some documents were not properly submitted.

7. The undersigned office explained to the debtors that their case was being dismissed but that it could be re-filed once all the documents and credit counseling was completed and submitted.

8. The Debtors believe that this case will be concluded with a discharge.

9. The Debtors request that the automatic stay imposed by 11 U.C.S § 362 remain in effect as to all her creditors.

10. The Debtors state that the filing of this case is in good faith as to all creditors for which the Debtor is seeking the continued protection of the automatic stay.

11. This hearing is being requested on an emergency basis in order to comply with the requirement 11 U.C.S. § 362 and have the hearing completed before the expiration of the 30-day period.

Wherefore, **PAUL O'PHELAN** and **MARIANNE O'PHELAN**, respectfully request from this court to grant the Motion to Extend Automatic Stay, and for any further relief as this Court deems appropriate.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

Respectfully submitted,

/s/ Ricardo R. Corona
RICARDO R. CORONA, ESQ.

Florida Bar No. 111333
6700 SW 38 Street
Miami, FL 33155
(305)547-1234  Phone
(305) 266-1151  Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Request for Emergency Hearing on Motion to Extend Automatic Stay was sent via USPS Mail or electronic transmission to every party listed below, on the attached Matrix and to all others set forth in the NEF dated this **8TH** day of **April 2022**.

CORONA LAW FIRM, P.A

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38 Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
bk@coronapa.com

**Mailing Matrix**
**Case No: 22-12210-PDR**

**Sent via Electronic Means**
**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent via US Mail**
**Paul O'Phelan**
**Marianne E. O'Phelan**

**Sent via Electronic Means**
**Nancy K. Neidich, Chapter 13 Trustee**
P.O. Box 279806
Miramar, FL 33027