## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF BROWARD

Before me, the undersigned authority, personally appeared, PAUL O'PHELAN, who, being by me first duly sworn, says:

1. I am over the age of 18 and have personal knowledge of the facts set herein.

2. I am competent to testify and have personal knowledge of the facts stated herein.

3. I previously filed for a Chapter 7 bankruptcy with my wife on October 21, 2021. (Case No. 21-20112).

4. We filed the petition and schedules.

5. However, due to a misunderstanding, an error was made, and we failed to timely submit our pre-bankruptcy counseling courses and/or certificates which are required for the Chapter 7 bankruptcy.

6. Furthermore, I was having some health issues and was unable to provide some documentation.

7. Therefore, our Chapter 7 case was dismissed on November 19, 2021.

8. We again filed a Chapter 7 bankruptcy since we are still having financial difficulties which are compounded by the fact that I am unable to work at the present time due to health issues.

9. This time we have filed all the documentation required by the Bankruptcy Court, including the debt counseling certificates.

10. This bankruptcy is needed for us to resolve our financial situation.

1



Exhibit "A"

11. Under penalty of perjury I attest that the above is true. Further affiant sayeth
naught.

_____    April 8th 2022

Paul O'Phelan

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of ☑ physical
presence or ☐ online notarization, this _8th_ day of _April 2022_ by _PAUL_
_O'PHELAN_

_____
NOTARY PUBLIC

Personally Known   OR Produced Identification
Type of Identification Produced   FL DL

Print Name: _Stamp_

My Commission expires:_____

Notary Public State of Florida
Zalikha Mohammed Hosein
My Commission GG 975268
Expires 07/04/2024

4/8/22

2

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF BROWARD

Before me, the undersigned authority, personally appeared, MARIANNE E. O'PHELAN, who, being by me first duly sworn, says:

1. I am over the age of 18 and have personal knowledge of the facts set herein.

2. I am competent to testify and have personal knowledge of the facts stated herein.

3. I previously filed for a Chapter 7 bankruptcy with my husband on October 21, 2021. (Case No. 21-20112).

4. We filed the petition and schedules.

5. However, due to a misunderstanding, an error was made, and we failed to timely submit our pre-bankruptcy counseling courses and/or certificates which are required for the Chapter 7 bankruptcy.

6. Furthermore, my husband was having some health issues and was unable to provide some documentation.

7. Therefore, our Chapter 7 case was dismissed on November 19, 2021.

8. We again filed a Chapter 7 bankruptcy since we are still having financial difficulties which are compounded by the fact that my husband is unable to work at the present time due to health issues.

9. This time we have filed all the documentation required by the Bankruptcy Court, including the debt counseling certificates.

10. This bankruptcy is needed for us to resolve our financial situation.

1

11. Under penalty of perjury I attest that the above is true.  Further affiant sayeth naught.

*Marianne O'Phelan* *April 8th 2022*

Marianne E. O'Phelan

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 8th day of *April 2022* by  MARIANNE E. O'PHELAN

_____
NOTARY PUBLIC

Personally Known   OR Produced Identification
Type of Identification Produced  *FL DL*

Print Name: (Stamp)

My Commission expires:_____

Notary Public State of Florida
Zalikha Mohammed Hosein
My Commission GG 975268
Expires 07/04/2024

4/8/22

2